1  Steven M. Cowley (admitted *pro hac vice*)
   scowley@eapdlaw.com
2  Joshua W. Gardner (admitted *pro hac vice*)
   jgardner@eapdlaw.com
3  Andrew T. O'Connor (admitted *pro hac vice*)
   aoconnor@eapdlaw.com
4  EDWARDS ANGELL PALMER & DODGE LLP
   111 Huntington Avenue
5  Boston, MA 02199
   P: (617) 239-0100
6  F: (888) 325-9541

7  Jon-Paul Lapointe (CA Bar. No. 250546)
   jlapointe@eapdlaw.com
8  EDWARDS ANGELL PALMER & DODGE LLP
   660 Newport Center Drive, Suite 900
9  Newport Beach, CA 92660
   P: (949) 423-2100
10

11 Attorneys for Defendants / Counterclaim Plaintiffs
   EVONY, LLC and REGAN MERCANTILE, LLC

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 HEROIC ERA, LTD.,                     Case No.  3:11-cv-00497-EMC

17        Plaintiff /                    Transferred from W.D. Washington,
          Counterclaim Defendant,        2:10-cv-02062-MJP

18                                       **JOINT STIPULATION FOR DISMISSAL**
   v.                                     ORDER
19
   EVONY, LLC, et al.,                   The Honorable Edward M. Chen
20
          Defendants /
21        Counterclaim Plaintiffs.

22

23        Plaintiff Heroic Era, Ltd. ("Heroic Era") and defendant Evony, LLC ("Evony") hereby

24 jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), for dismissal of the above-captioned

25 action with prejudice.  Heroic Era commenced this action by filing a motion with the Western

26 District of Washington to quash a subpoena.  Civil Action No. 2:10-cv-02062-MJP.  After

27 briefing, the Western District of Washington transferred the case to the Northern District of

28

EDWARDS ANGELL
PALMER & DODGE    JOINT STIPULATION FOR DISMISSAL                                    BOS 866767.1
     LLP          CIVIL ACTION NO. 3:11-CV-00497-EMC

1  California. *Id.* at Docket No. 16. Because Heroic Era's motion to quash was related to the
2  discovery issues presented in Evony's motion for contempt and to compel pending before
3  Magistrate Judge Zimmerman in Civil Action No. 4:10-02458-SAB (BZ), Magistrate Judge
4  Zimmerman ordered that all briefing related to Heroic Era's motion to quash be filed with the
5  Court in 10-02458 (ECF No. 64). After submission of the briefing by both Heroic Era and Evony
6  (collectively, "the Parties") and a hearing, Magistrate Judge Zimmerman conditionally granted
7  Heroic Era's motion to quash without prejudice. (*Id*. at 78). The Parties agree that any further
8  action on Heroic Era's motion to quash will be addressed by Magistrate Judge Zimmerman in
9  Case No. 10-02458. Accordingly, no further action is needed in the present case, and the parties
10 hereby stipulate for dismissal of Case No. 11-00497-EMC with prejudice pursuant to Fed. R. Civ.
11 P. 41(a)(1)(ii).

                              Respectfully submitted,

Dated:   March 9, 2011        NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP

                              By:  /s/ Derek Linke (*with authorization*)
                                   _____
                                   Derek Linke (*pro hac vice*)
                                   Derek A. Newman, State Bar No. 190467

                              Attorneys for Plaintiff, HEROIC ERA, LTD.


Dated:   March 9, 2011        EDWARDS ANGELL PALMER & DODGE LLP

                              By:  /s/ Andrew T. O'Connor              .

                                   Steven M. Cowley
                                   Joshua W. Gardner
                                   Andrew T. O'Connor
                                   Jon-Paul LaPointe

                              Attorneys for Defendant, EVONY, LLC

IT IS SO ORDERED:

_____
Edward M. Chen
Dated: 3/11/11

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

EDWARDS ANGELL
PALMER & DODGE
LLP

STIPULATION FOR DISMISSAL
CIVIL ACTION NO. 3:11-CV-00497-EMC

- 2 -

BOS 866767.1


# CERTIFICATE OF SERVICE

COMMONWEALTH OF MASSACHUSETTS, COUNTY OF SUFFOLK:

I, Andrew T. O'Connor, declare as follows:

I am employed in the County of Suffolk, Commonwealth of Massachusetts. I am over the age of 18 and not a party to the within-entitled action. My business address is 111 Huntington Avenue, Boston, Massachusetts 02119. On March 9, 2011, I served a true and correct copy of the following document(s) on all parties via the Court's electronic filing system (ECF):

**STIPULATION**

Derek Linke, Esq.  
linke@newmanlaw.com

Derek A. Newman, Esq.  
derek@newmanlaw.com

Newman & Newman, Attorneys at Law, LLP  
1201 Third Avenue, Suite 1600  
Seattle, WA 98101  
Phone: (206) 274-2800  
Facsimile: (206) 274-2801  
Attorneys for Defendant, Feng Investment, Ltd.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed on March 9, 2011, at Boston, Massachusetts.

/s/ Andrew T. O'Connor  
Andrew T. O'Connor